## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HEATHER LYNN HORMEL,

        Defendant.

CASE NO. 12CR2057-CAB

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

21 USC 952 AND 960 - IMPORTATION OF METHAMPHETAMINE

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 19, 2012

Bernard G. Skomal
U.S. Magistrate Judge